**Order filed September 11, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00835-CV

_____

## IN RE ENERGY RESOURCES TECHNOLOGY GOM, INC. AND HELIX ENERGY SOLUTIONS GROUP, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court of Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-661114**

# O R D E R

On September 11, 2012, relators filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relators ask this Court to order The Honorable Christopher Dupuy, Presiding Judge of the County Court at Law No. 3 of Galveston County, Texas, to vacate his order of severance signed June 28, 2012, in trial court cause number CV-661114, styled *Neshia Noland, Individually and as Personal Representative of the Estate of Brandon Michael Noland v. Energy Resources Technology, Inc., Energy Resources Technology GOM, Inc., and Helix Energy Solutions Group, Inc.*. Relators

claim the trial court abused its discretion in granting the motion to sever.   A response has been requested from the real parties in interest on or before Friday, September 14, 2012.

It appears from the facts stated in the petition that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.   *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the proceedings of the court below be stayed in trial court cause number CV-661114, styled *Neshia Noland, Individually and as Personal Representative of the Estate of Brandon Michael Noland v. Energy Resources Technology, Inc., Energy Resources Technology GOM, Inc., and Helix Energy Solutions Group, Inc.* Such proceedings are stayed until final decision by this Court of relators' petition for writ of mandamus, or until further orders of this Court.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.